FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2021

No. 04-20-00356-CR

John Stewart **MUELLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-19-0000009
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Beth Watkins, Justice

Appellant's brief was originally due November 5, 2021. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to December 6, 2021. On December 6, 2021, appellant filed a motion requesting an additional extension of time to file the brief until January 5, 2022, for a total extension of 60 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file the brief by **January 5, 2022**.

It is so **ORDERED** December 15, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT